# CHRIS DANIEL

01-15-00127-CR

HARRIS COUNTY DISTRICT CLERK

February 9, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/12/2015 10:40:36 AM

CHRISTOPHER A. PRINE
Clerk

HONORABLE SUSAN BROWN
185TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: CANDANCE NICOLE MAXIE

Cause No: 1421350

Court: 185TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2/3/15
**Sentence Imposed Date:** 4/21/14
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

**16**

CAUSE NO. 142135001010

THE STATE OF TEXAS      X      IN THE 185th

               X

VS          X      JUDICIAL DISTRICT COURT OF

Candace Nicole Maxie      X

               X      Harris COUNTY, TEXAS

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

     COMES NOW, Candace Nicole Maxie, Defendant in the above styled and numbered cause and, pursuant to rule 40(b) of the Texas Rules of Appellate Procedure, files this Notice of Appeal within the required thirty (30) days time period following the day of sentence (or suspension in open Court, or the day that an appealable order is signed), to the Texas Court of Criminal Appeals.


******IF THE DEFENDANT HAS PLED GUILTY OR NOLO CONTENDERE IN THIS CASE, THEN HE/SHE MUST STATE AND PROVE THAT HE/SHE HAS BEEN GRANTED PERMISSION TO APPEAL THE CASE BY THE TRIAL COURT*****


     EXAMPLE: The Defendant has been granted permission to appeal this case by the Trial Court through the Honorable Judge _____ on the _____ day of _____, 20 ___ .


******OR DEFENDANT MUST STATE THAT "THOSE MATTERS WERE RAISED BY WRITTEN MOTION BY THE DEFENDANT AND WERE RULED UPON BEFORE THE TRIAL."****


     ******TWO COPIES OF THIS MOTION MUST BE SENT TO THE COURT******


                                      RESPECTFULLY SUBMITTED,

**FILED**
Chris Daniel
District Clerk

FEB 03 2015

Time:_____
Harris County, Texas
By_____ Deputy

                                 Candace Maxie

                                     DEFENDANT

LL-016
A

Candace Nicole Maxie 0224666661

"I, (INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL), being presently incarcerated in (INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME) in Harris County, Texas, declare under penalty of perjury that the for going is true and correct.

EXECUTED ON (DATE) 01/27/2015 (SIGNATURE) Candance Maxie

942

ORDER

On this the 3 day of Feb , 20 15 , came to be heard by me, the Defendant's NOTICE OF APPEAL and it appears to this court that this motion should be

GRANTED: /

DENIED: ✓ , and it is/

so ordered

JUDGE PRESIDING

 

Cause No. 1421350

THE STATE OF TEXAS

v.

Candance Nicole Maxie ,Defendant

IN THE 185 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☑ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☑ the defendant has waived the right of appeal.

_____
Judge

APR 2 1 2014

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X_____
Defendant

X_____
Defendant's Counsel

Mailing Address: _____

**FILED**
Chris Daniel
District Clerk

APR 2 1 2014

Time:_____

By_____

State Bar of Texas ID number: 13033400

Mailing Address: PO Box 130841

Telephone number: 2345 4207

Fax number (if any): _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1st

6-20-14

**Court** 185

**Cause No.** 1421350

## The State of Texas

Vs

Candance Nicole Maxie

**Date Notice Of Appeal:** 4-21-14 2/3/15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Susan Brown

**Court Reporter** N/A

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Lucinda Marshal

**Attorney on Appeal** N/A

**Appointed**_____ **Hired**_____

**Offense** Theft - 3rd Offender

**Jury Trial:** Yes_____ No X

**Punishment Assessed** 4 yrs PADg

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** N/A

**Appellant Confined:** Yes_____ No X

**Date Submitted To Appeal Section** 020515

**Deputy Clerk** _____

Notice of Appeal Card Rev. 9/84